IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SWAGER COMMUNICATIONS, INC., | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Judge _____ |
| v. | ) | |
| | ) | No: _____ |
| ANTENNA SYSTEMS & SOLUTIONS, INC. | ) | |
| an Illinois Corporation | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW AND IN EQUITY

Plaintiff, Swager Communications, Inc., by and through its attorneys, Cindy M. Johnson, John M. Holowach, and the law firm of Johnson & Newby, LLC, for its Complaint against Defendant Antenna Systems & Solutions, Inc., doing business as Antenna Systems & Solutions Company, state as follows:

## NATURE OF ACTION

1.  This is an action to collect amounts owed pursuant to a service and supply contract entered into on April 22, 2008, and pursuant to its subsequent modification, or independent contract, for the construction and certification of a communication tower additional to the originally executed contract, known as the "Camp Pendleton" project.

## PARTIES

2.  Swager Communications, Inc. is a Delaware corporation engaged in the manufacture and construction of communication towers around the world.

3.  Antenna Systems & Solutions, Inc., which does business as Antenna Systems & Solutions Company, is an Illinois corporation engaged in distribution, specializing in HF, VHF, UHF, WiFi, and Microwave systems.

## JURISDICTION AND VENUE

4.       This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as explained below.

5.       Venue is proper within this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events and omissions that give rise to this action, and the damages resulting from them, occurred within this district. Venue is also proper in this district because the Defendant has consented to the Jurisdiction of this Court pursuant to the contract at issue in this case. *See Exhibit A* attached hereto at GSA Schedule Number: GS-35F-0479T, Clause 40.

## COUNT I
## BREACH OF CONTRACT

6.       Negotiations for the construction and certification of four separate communication towers took place between duly authorized agents of Swager and Antenna from January 14, 2008, through April 22, 2008.

7.       Swager and Antenna entered into a service and supply contract on April 22, 2008, for the construction and certification of four separate communication towers, to be located at: Miramar, California; Quantico, Virginia; New River, North Carolina; and Beaufort, North Carolina. A copy of said contract is attached hereto and incorporated as *Exhibit A*.

8.       On April 22, 2008, Swager commenced performance pursuant to the contract. Swager continued to perform, provide materials, and provide services to the benefit of Antenna pursuant to the aforementioned contract.

9.       In consideration of Swager's performance, Antenna agreed to pay sums due, up to and including $452,100.00. *See Exhibit A*.

10.     On our about October 13, 2008, Swager and Antenna agreed to the modification of the original contract for the construction and certification of a fifth communication tower, additional to the original contract, known as the Camp Pendleton project.

11.     On or about October 09, 2008, Swager caused to be issued to Antenna, invoice number 23470, requesting payment of moneys due in the amount of $35,900.00, with $1,113.00 of said amount currently outstanding. A copy of said invoice is attached hereto and incorporated as *Exhibit B.*

12.     On or about October14, 2008, Swager caused to be issued to Antenna, invoice number 23475, requesting payment of moneys due in the amount of $28,450.00. A copy of said invoice is attached hereto and incorporated as *Exhibit C.*

13.     On or about October 28, 2008, Swager caused to be issued to Antenna, invoice number 23480, requesting payment of moneys due in the amount of $37,900.00. A copy of said invoice is attached hereto and incorporated as *Exhibit D.*

14.     On or about November 07, 2008, Swager caused to be issued to Antenna, invoice number 23481, requesting payment of moneys due in the amount of $38,050.00, with $29,150.00 currently outstanding.. A copy of said invoice is attached hereto and incorporated as *Exhibit E.*

15.     On or about September 12, 2008, Antenna caused to be issued to Swager, Purchase Order 9006-575-25573, resultant from the contract modification. A copy of said invoice is attached hereto and incorporated as *Exhibit F.*

16.     On or about October 01, 2008, Antenna caused to be issued to Swager,

Purchase Order 9006-575-25587, resultant from the contract modification. A copy of said invoice is attached hereto and incorporated as *Exhibit G.*

17.      On or about or about October 13, 2008, Antenna caused to be issued to Swager, Purchase Order 9006-575-26598, resultant from the contract modification. A copy of said invoice is attached hereto and incorporated as *Exhibit H.*

18.      On or about November 10, 2008, Swager caused to be issued to Antenna, invoice number 23484, requesting payment of moneys due in the amount of $1,200.00. A copy of said invoice is attached hereto and incorporated as *Exhibit I.*

19.      On or about July 31, 2009, Swager caused to be issued to Antenna, Statement of Account, demanding payment of moneys due in the amount of $110,684.63. A copy of said statement is attached hereto and incorporated as *Exhibit J.*

20.      Despite due demand, Antenna failed and refused to pay the amount due to Swager.

21.      Pursuant to the contract at GSA Schedule Number: GS-35F-04-79T, Clause 26, Illinois substantive law applies to the contract. Pursuant to 815 ILCS 205/2, Plaintiff is entitled to interest from Defendant in the statutory amount of 5% per annum arising from any  bond, bill, promissory note, or other instrument of writing.

WHEREFORE, Swager Communication Inc. prays for judgment in its favor and against the Defendant, Antenna Systems & Solution, Inc., an Illinois Corporation, in the amount of $110,684.63, plus interest through the date of judgment, plus court costs,

plus costs incurred herein, and for other relief as this Court deems just and equitable.

## COUNT II
## BREACH OF ORAL CONTRACT
### (Plead in the alternative as to the Pendleton issue)

22.     Swager realleges and incorporates by reference Paragraphs 1 – 21 of its Complaint at Law and in Equity as though fully set forth herein.

23.     Between May 01, 2008 and September 01, 2008, Swager and Antenna negotiated for the construction and certification of a communication tower to be located at Camp Pendleton.

24.     On May 21, 2008, Antenna requested a quote for the construction of the Camp Pendleton communication tower. A copy of said request is attached hereto and incorporated as *Exhibit K*.

25.     Pursuant to the parties' oral contract, Swager commenced performance on or about October 13, 2008. In consideration of Swager's performance, Antenna agreed to pay amounts due and owing.

26.     On or about July 31, 2009, Swager caused to be issued to Antenna, Statement of Account, demanding payment of moneys due in the amount of $110,684.63. *See Exhibit G*.

27.     Despite due demand, Antenna failed and refused to pay the amount due to Swager.

WHEREFORE, Swager Communication Inc. prays for judgment in its favor and against the Defendant, Antenna Systems & Solution, Inc., an Illinois Corporation, in the amount of $110,684.63, plus court costs, plus costs incurred herein, and for other relief as this Court deems just and equitable.

## COUNT III
## UNJUST ENRICHMENT
### (Plead in the alternative)

28.     Swager realleges and incorporates by reference Paragraphs 1 – 27 of its

Complaint at Law and in Equity as though fully set forth herein.

29.     Swager performed pursuant to due request by Antenna and with

Antenna's full knowledge.

30.     Antenna voluntarily retained the benefit of Swager's performance.

31.     Despite due demand, Antenna failed and refused to pay the amount

owed to Swager.

32.     Antenna has unjustly retained the benefit of Swager's performance.

33.     Pursuant to the contract at GSA Schedule Number: GS-35F-04-79T,

Clause 26, Illinois substantive law applies to the contract. Pursuant to 815

ILCS 205/2, Plaintiff is entitled to interest from Defendant in the statutory

amount of 5% per annum upon 30 days written notice to the debtor.

WHEREFORE, Swager Communication Inc. prays for judgment in its favor and

against the Defendant, Antenna Systems & Solutions, Inc., an Illinois Corporation, in

the amount of $110,684.63, plus interest through the date of judgment, plus court costs,

plus costs incurred herein, and for other relief as this Court deems just and equitable.

Swager Communications, Inc.

By:_____/s/ Cindy M. Johnson_____
              One of its attorneys

Cindy M. Johnson
John M. Holowach
Johnson & Newby, LLC
39 South LaSalle Street, Suite 820
Chicago, Illinois 60603
(312) 345-1306